FILED
2008 JAN 23 PM 3:35
SOUTHERN DISTRICT OF CALIFORNIA
BY ________ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08 CR 0212 JLS |
| Plaintiff, | ) | INDICTMENT |
| v. | ) | Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting; Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| BENNY LOPEZ (1), JUAN JOSE AGUIRRE-CRUZ (2), | ) | |
| Defendants. | ) | |

The grand jury charges:

Count 1

On or about January 13, 2008, within the Southern District of California, defendants BENNY LOPEZ and JUAN JOSE AGUIRRE-CRUZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Victor Manuel Ayon-Lizarraga, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial

PLS:fer:San Diego
1/23/08

advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

Count 2

On or about January 13, 2008, within the Southern District of California, defendant BENNY LOPEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Victor Manuel Ayon-Lizarraga, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 3

On or about January 13, 2008, within the Southern District of California, defendants BENNY LOPEZ and JUAN JOSE AGUIRRE-CRUZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Carlos Jodin Villegas-Hernandez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//

//

//

//

//

Count 4

On or about January 13, 2008, within the Southern District of California, defendant BENNY LOPEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Carlos Jodin Villegas-Hernandez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 5

On or about January 13, 2008, within the Southern District of California, defendants BENNY LOPEZ and JUAN JOSE AGUIRRE-CRUZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ramon Silva-Reyes, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

Count 6

On or about January 13, within the Southern District of California, defendant JUAN JOSE AGUIRRE-CRUZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ramon Silva-Reyes, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien

immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

Count 7

On or about January 13, 2008, within the Southern District of California, defendant JUAN JOSE AGUIRRE-CRUZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Victor Manuel Ayon-Lizarraga, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

//

//

//

//

//

//

//

//

//

//

//

//

Count 8

On or about January 13, 2008, within the Southern District of California, defendant JUAN JOSE AGUIRRE-CRUZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Carlos Jodin Villegas-Hernandez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

DATED: January 23, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
PAUL L. STARITA
Assistant U.S. Attorney