1 **STEPHEN D. DEMIK**
California State Bar No. 221167
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone: (619) 234-8467, Ext. 3707
4

5 Attorneys for Mr. Aguirre-Cruz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE JANIS L. SANMARTINO**)

| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0212-JLS |
|---|---|---|
| Plaintiff, | ) | DATE: March 7, 2008 |
|  | ) | TIME: 1:30 p.m. |
| v. | ) |  |
|  | ) | NOTICE OF MOTIONS AND |
|  | ) | MOTIONS: |
| JUAN JOSE AGUIRRE-CRUZ, | ) |  |
|  | ) | (1) TO COMPEL SPECIFIC |
| Defendant. | ) | DISCOVERY; AND, |
|  | ) | (2) FOR LEAVE TO FILE |
|  | ) | FURTHER MOTIONS |

TO: KAREN HEWITT, UNITED STATES ATTORNEY, AND
PAUL STARITA, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on March 7, 2008, at 1:30 p.m. or as soon thereafter as counsel may be heard, the defendant, Juan Aguirre, by and through his counsel, Stephen D. Demik and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

//

//

08CR0212-JLS

## MOTIONS

The defendant, Juan Aguirre, by and through his attorneys, StephenD. Demik and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) To Compel Discovery; And,
2) For Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: February 22, 2008            **STEPHEN D. DEMIK**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Aguirre

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 08cr0212-JLS |
| ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| JUAN JOSE AGUIRRE-CRUZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

    **Paul L Starita**
    Paul.Starita@usdoj.gov,efile.dkt.gc1@usdoj.gov

mailed to:    Mr. Aguirre
            Defendant

Dated: February 22, 2008          */s/ Stephen D. Demik*
                                        STEPHEN D. DEMIK
                                        Federal Defenders of San Diego, Inc.
                                        225 Broadway, Suite 900
                                        San Diego, CA 92101-5030
                                        (619) 234-8467  (tel)
                                        (619) 687-2666  (fax)
                                        E-mail: Stephen_Demik@fd.org