# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Crim. Case No. 08cr02102-JLS |
| v. | ) | |
| BENNY LOPEZ (1), and | ) | ORDER GRANTING EX PARTE MOTION SHORTENING TIME TO HEAR MOTION FOR THE VIDEOTAPED DEPOSITION OF MATERIAL WITNESSES |
| JUAN JOSE AGUIRRE CRUZ (2), | ) | |
| Defendants. | ) | |

Upon ex parte application of the material witnesses VICTOR MANUEL AYON-LIZARRAGA, CARLOS JODIN VILLEGAS-HERNANDEZ, and RAMON SILVA-REYES, by their attorney, Tamara D. DeHaan, and in consideration of the fact the witnesses have been in custody since January 13, 2008, with no possibility of being released on bond, and all other matters presented to the Court,

IT IS HEREBY ORDERED that the request for an Order Shortening Time to hear the motion for videotaped deposition is GRANTED. The motion shall be heard on June 5, 2008, at 9:00 a.m., in Department F of this Court.

IT IS SO ORDERED.

DATED:

_____
The Honorable Nita L. Stormes
United States Magistrate Judge

-1-