1 Tamara D. DeHaan, Esq., #113932
   LAW OFFICES OF TAMARA D. DeHAAN
2 444 West C Street, Suite 350
   San Diego, CA  92101-3533
3 Ph: (619) 544-0715
   Fax: (619) 544-1215
4

5 Attorney for Material Witness/es

6

7

8                     **UNITED STATES DISTRICT COURT**

9                   **SOUTHERN DISTRICT OF CALIFORNIA**

10                       (Honorable Nita L. Stormes)

11 UNITED STATES OF AMERICA,              )
                                          )
12           Plaintiff,                   )   Criminal Case No. 08cr0212-JLS
                                          )
13 v.                                     )
                                          )   DECLARATION OF SERVICE
14 BENNY LOPEZ (1), et al.,               )
                                          )   Person/s Served:     Knut Johnson, Esq.
15           Defendants.                  )                        And U.S. Attorney
                                          )
16                                        )   Date of Service:  May 20, 2008
                                          )
17         Under penalty of perjury, I declare:

18         1.     I am an attorney duly licensed to practice law in the State of California. I am admitted to

19 practice before the United States District Court for the Southern District of California. I am over the age

20 of eighteen years and not a party to this action.

21         2.     On May 20, 2008, I served the above-named person/s with the following documents:   Ex

22 Parte Application for Order Shortening Time, Notice of Motion and Motion for Video Taped Deposition

23 of Material Witnesses, Memorandum of Points and Authorities in Support of Motion, Declaration of

24 Tamara D. DeHaan, Esq., in Support of Motion, and Proposed Order.

25         3.     Service was effected by e-filing the document with the Southern District Court via

26 CM/ECF.

27         Executed on May 20, 2008 at San Diego, California.

28                                              s/Tamara D. DeHaan
                                              Tamara D. DeHaan, Esq. - Declarant

-1-