```
 1  JONATHAN DAVID FRANK SBN89384
    160 Thorn Street Suite 2
 2  San Diego, CA 92103
    (858) 722-2100
 3

 4  Attorney for Material Witnesses

 5

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                  SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,      )    Case No. 08CR0212JLS
                                   )    Mag. No. 08MJ8417
11       Plaintiff,                )    APPLICATION FOR
                                   )    ORDER SHORTENING TIME
12  v.                             )    FOR HEARING AND SERVICE
                                   )    OF MOTION FOR VIDEO
13  BENNY LOPEZ,                   )    DEPOSITION OF MATERIAL
    JUAN JOSE AGUIRRE-CRUZ,        )    WITNESSES
14                                 )    DATE: June 26, 2008
         Defendant.                )    TIME: 2:30 P. M.
15  _____)    DEPT: Porter

16  TO:  THE CLERK OF THE ABOVE-ENTITLED COURT;

17       THE UNITED STATES ATTORNEY;

18       THE DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

19  COMES NOW THE MATERIAL WITNESSES HEREIN, by and through their

20  attorney of record, JONATHAN DAVID FRANK, and hereby petitions this

21  Court for a for an Order Shortening Time to File the attached

22  Motion for Video Deposition.

23  ////

24  ////

25  ////

26  ////

27  ////

28  ////
```

     Counsel wishes to file the attached Motion for Video Deposition.  Requiring full notice will delay the hearing of the motion and result in additional custody time for the Material Witness.  Delay was also caused by the fact that the clerk's office inadvertently failed to include my clients as parties to be above entitled matter.

                                        Respectfully submitted,

DATED: June 16, 2008

                                        /s/_____
                                        JONATHAN DAVID FRANK,
                                        Attorney for MATERIAL WITNESSES