```
California State Bar Number 89384
The Law Office of JONATHAN DAVID FRANK
160 Thorn Street Ste. 2
San Diego, CA 92103
Telephone: (858) 722-2100


Attorney for Material Witnesses
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HON. LOUISA S. PORTER

| UNITED STATES OF AMERICA, | ) | Criminal No. 08CR0212JLS |
| --- | --- | --- |
| | ) | Magistrate No. 08MJ8417 |
| Plaintiff, | ) | **PROOF OF SERVICE** |
| | ) | |
| v. | ) | |
| | ) | |
| BENNY LOPEZ and JUAN AGUIRRE, | ) | |
| | ) | |
| Defendants. | ) | |

I, the undersigned, say:

1) That I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party in the within action;

2) That my business address is: 160 Thorn Street Suite 2, San Diego, CA 92103.

3) That I served the APPLICATION FOR ORDER SHORTENING TIME on all counsel involved in this matter, by causing them to be delivered a copy via the Court's email notification system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on June 16, 2008 at Poway, California.

```
            /S/JONATHAN DAVID FRANK
            JONATHAN DAVID FRANK
```