```
 1 | JONATHAN DAVID FRANK SBN89384
   | 160 Thorn Street Suite 2
 2 | San Diego, CA 92103
   | (858) 722-2100
 3 |
 4 | Attorney for Material Witnesses
 5 |
 6 |
 7 |
 8 |                UNITED STATES DISTRICT COURT
 9 |               SOUTHERN DISTRICT OF CALIFORNIA
10 |                    Hon. LOUISA PORTER
11 | UNITED STATES OF AMERICA,    )   Case No. 08CR0212JLS
                                  )   Mag. No. 08MJ8417
12 |      Plaintiff,               )
                                  )   NOTICE  OF  HEARING  ON
13 | v.                            )   MOTION   FOR   VIDEOTAPE
                                  )   DEPOSITIONAND SUBSEQUENT
14 | BENNY LOPEZ,                  )   VOLUNTARY  DEPARTURE  OF
   | JUAN JOSE AGUIRRE-CRUZ        )   MATERIAL WITNESS
15 |                               )   DATE: June 26, 2008
                                  )   TIME: 2:30 P. M.
16 |      Defendants.              )   DEPT: PORTER
                                  )
17 | _____)
```

18      TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

19      PLEASE TAKE NOTICE that on June 26, 2008 at the UNITED STATES

20 DISTRICT COURT located at 940 Front Street, San Diego, CA 92101

21 before the above-named Judge at 2:30 P. M. or as soon thereafter as

22 the matter may be heard, the material witnesses ISAIAS GUERRERO-

23 MALDONADO, FRANCISCO SORIA-OROZCO, MARCO HERNANDEZ-QUIROZ, PEDRO

24 GAMBOA-OCANA and ARTURO ANDRADE-PEREZ will move the Court for an

25 Order that they be subjected to a videotape deposition prior to

26 trial and subsequent voluntary departure.

27      This motion will be based on 18 U.S.C. 3144 in that the

28 witnesses' testimony can be adequately secured by deposition and

further detention is not necessary to prevent a failure of justice.

 This motion is further based on this notice of motion, the memorandum of points and authorities and declarations filed herewith, and as such other and further evidence as may be presented at the hearing of the motion.

              Respectfully submitted,

DATED: June 16, 2008

              /s/_____
              JONATHAN DAVID FRANK,
              Attorney for Material Witnesses