```
 1  California State Bar Number 89384
    The Law Office of JONATHAN DAVID FRANK
 2  160 Thorn Street Ste. 2
    San Diego, CA 92103
 3  Telephone: (858) 722-2100

 4

 5  Attorney for Material Witnesses

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                 SOUTHERN DISTRICT OF CALIFORNIA

10                    HON. LOUISA S. PORTER

11  UNITED STATES OF AMERICA,     )   Criminal No. 08CR0212JLS
                                  )   Magistrate No. 08MJ8417
12       Plaintiff,               )   PROOF OF SERVICE
                                  )
13  v.                            )
                                  )
14  BENNY LOPEZ and JUAN AGUIRRE, )
                                  )
15       Defendants.              )
    _____)
16
```

17     I, the undersigned, say:

18     1)  That I am over eighteen years of age, a resident of the County

19  of San Diego, State of California, and not a party in the within action;

20     2)  That my business address is: 160 Thorn Street Suite 2, San

21  Diego, CA 92103.

22     3)  That I served the VIDEO DEPOSITION MOTION AND ACCOMPANYING

23  PAPERS on all counsel involved in this matter, by causing them to be

24  delivered a copy via the Court's email notification system.

25     I certify under penalty of perjury that the foregoing is true and

26  correct.  Executed on June 16, 2008 at Poway, California.

27

28             /S/JONATHAN DAVID FRANK_____
               JONATHAN DAVID FRANK