```
 1  JONATHAN DAVID FRANK
    160 Thorn Street Suite 2
 2  San Diego, CA 92103
    (858) 722-2100
 3  State Bar Number 89384

 4  Attorney for Material Witnesses

 5

 6

 7

 8              UNITED STATES DISTRICT COURT

 9              SOUTHERN DISTRICT OF CALIFORNIA

10                  Hon.  LOUISA PORTER

11
    UNITED STATES OF AMERICA,         )   Case No. 08CR0212JLS
12                                    )   Mag. No. 08MJ8417
         Plaintiff,                   )
13                                    )   DECLARATION OF COUNSEL
    v.                                )   IN SUPPORT OF MOTION FOR
14                                    )   VIDEO    DEPOSITION    OF
    BENNY LOPEZ,                      )   MATERIAL WITNESS
15  JUAN JOSE AGUIRRE-CRUZ            )
                                      )   DATE: June 26, 2008
16       Defendants.                  )   TIME: 2:30 P. M.
    _____    )   DEPT: Porter
```

17    I, JONATHAN DAVID FRANK declare:

18    I am an attorney duly licensed to practice before all the courts

19 of this State and this District and Circuit.  I am the attorney of

20 record for the material witnesses in the above action.  I have

21 personal knowledge of the facts set forth in this action and could

22 testify competently thereto if called.

23    My clients, ISAIAS GUERRERO-MALDONADO, FRANCISCO SORIA-

24 OROZCO, MARCO HERNANDEZ-QUIROZ, PEDRO GAMBOA-OCANA and ARTURO

25 ANDRADE-PEREZ, in this action, have been in federal custody since May

26 12, 2008.  They have been held as material witnesses in the above

27 captioned case.  My clients have been unable to locate a surety to

28

post bond.

This case was indicted on or about May 28, 2008.

My clients have indicated to me that each day they spend in custody is a hardship to my clients and their families as they are unable to help to support their families as set forth in their declarations filed concurrently herewith.

The testimony of the witnesses could be secured via videotaped deposition. This is a procedure in routine practice in this district in material witness cases. At such a deposition, all parties would be given the opportunity to fully and completely examine the witness. In addition, the proceedings would be videotaped creating a visual and auditory record of the proceeding. Such videotaped deposition could be introduced at trial in stead of the live testimony of the material witness.

Based on the above it respectfully requested that this motion be granted, that said deposition take place at the earliest possible time, and that my client be allowed to voluntarily return to his home in Mexico immediately thereafter.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge except as to those matters stated to be based upon information and belief and, as to those matters, I am informed and believe that they are true and correct. Executed this June 16, 2008 in Poway, California.

/s/_____
JONATHAN DAVID FRANK,
Attorney for Material Witnesses