JONATHAN DAVID FRANK
160 Thorn Street Suite 2
San Diego, CA 92103
(858) 722-2100
State Bar Number 89384

Attorney for Material Witnesses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0212JLS |
| | ) | Mag. No. 08MJ8417 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DECLARATION OF ISAIAS |
| | ) | GUERRERO-MALDONADO IN |
| BENNY LOPEZ, | ) | SUPPORT OF MOTION FOR |
| JUAN JOSE AGUIRRE-CRUZ | ) | VIDEO DEPOSITION OF |
| | ) | MATERIAL WITNESSES |
| | ) | |
| Defendants. | ) | DATE: June 26, 2008 |
| | ) | TIME: 2:30 P.m. |
| | | DEPT: PORTER |

I am a material witness in the above action. I have personal knowledge of the facts set forth in this action and could testify competently thereto if called.

I have been in federal custody since May 12, 2008. I have been held as a material witness in the above captioned case. I am unable to locate an acceptable surety to post the Court bond and therefore I remain in custody as I cannot secure my release on bond.

Each day I spend in custody is a hardship for me and my family. I help support my father. I have been doing so as a field worker in

1 | Mexico for the past four years.  Each day that I spend in custody is
2 | another day that I am unable to provide that support.
3 |     I declare under the penalty of perjury under the laws of the
4 | United States of America that the foregoing is true and correct of
5 | my own personal knowledge except as to those matters stated to be
6 | based upon information and belief and, as to those matters, I am
7 | informed and believe that they are true and correct.  Executed this
8 | June 4, 2008 in El Centro, California.
9 | /s/ Isaias Guerrero Maldonado
10 |      ISAIAS GUERRERO-MALDONADO
11 |
12 | Translated by Frances T. Young
13 | Interpreter 6/4/08

1  JONATHAN DAVID FRANK
   160 Thorn Street Suite 2
2  San Diego, CA 92103
   (858) 722-2100
3  State Bar Number 89384

4  Attorney for Material Witnesses

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )    Case No. 08CR0212JLS
                                    )    Mag. No. 08MJ8417
12       Plaintiff,                 )
                                    )
13 v.                               )    DECLARATION    OF    MARCO
                                    )    HERNANDEZ-QUIROZ      IN
14 BENNY LOPEZ,                      )    SUPPORT   OF   MOTION   FOR
   JUAN JOSE AGUIRRE-CRUZ            )    VIDEO     DEPOSITION     OF
15                                   )    MATERIAL WITNESSES
                                    )
16       Defendants.                 )    DATE: June 26, 2008
   _____     TIME: 2:30 P.M.
17                                        DEPT: PORTER

18          I am a material witness in the above action.  I have

19 personal knowledge of the facts set forth in this action and could

20 testify competently thereto if called.

21          I have been in federal custody since May 12, 2008.  I have been

22 held as a material witness in the above captioned case.  I am unable

23 to locate an acceptable surety to post the Court bond and therefore

24 I remain in custody as I cannot secure my release on bond.

25          Each day I spend in custody is a hardship for me and my family.

26 I help to support my grandmother.  I have been doing so working in

27 a tire shop for the past 8 years.  Each day that I spend in custody

28

1 | is another day that I am unable to provide that support.

2 |      I declare under the penalty of perjury under the laws of the

3 | United States of America that the foregoing is true and correct of

4 | my own personal knowledge except as to those matters stated to be

5 | based upon information and belief and, as to those matters, I am

6 | informed and believe that they are true and correct.  Executed this

7 | June 4, 2008 in El Centro, California.

8 | *MARCOS H*

9 | MARCO HERNANDEZ-QUIROZ

10 |
11 | *Translated by Frances T. Penna Interpreter - 6/9/08*
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

1 | JONATHAN DAVID FRANK
160 Thorn Street Suite 2
2 | San Diego, CA 92103
(858) 722-2100
3 | State Bar Number 89384

4 | Attorney for Material Witnesses

5

6

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )     Case No. 08CR0212JLS
                                       )     Mag. No. 08MJ8417
12 |        Plaintiff,                  )
                                       )
13 | v.                                )     DECLARATION    OF    PEDRO
                                       )     GAMBOA-OCANA   IN   SUPPORT
14 | BENNY LOPEZ,                       )     OF   MOTION    FOR   VIDEO
JUAN JOSE AGUIRRE-CRUZ                  )     DEPOSITION   OF   MATERIAL
15 |                                    )     WITNESSES
                                       )
16 |        Defendants.                 )     DATE: JUNE 26, 2008
_____       )     TIME: 2:30 P.M.
17 |                                          DEPT: PORTER

18

19 |        I am a material witness in the above action.  I have personal

20 | knowledge of the facts set forth in this action and could testify

21 | competently thereto if called.

22 |        I have been in federal custody since May 12, 2008.  I have been

23 | held as a material witness in the above captioned case.  I am unable

24 | to locate an acceptable surety to post the Court bond and therefore

25 | I remain in custody as I cannot secure my release on bond.

26 |        Each day I spend in custody is a hardship for me and my family.

27 | I essentially am the sole means of support of my wife and two

28

1  children ages 7 and 3.  My wife does work outside of the home part

2  time.  I also help support my parents in Mexico.  My mother has

3  diabetes.  I have

4  been supporting my family working as a cook for the past 10 years.

5  Each day that I spend in custody is another day that I am unable to

6  provide that support.

7      I declare under the penalty of perjury under the laws of the

8  United States of America that the foregoing is true and correct of

9  my own personal knowledge except as to those matters stated to be

10  based upon information and belief and, as to those matters, I am

11  informed and believe that they are true and correct.  Executed this

12  June 4, 2008 in El Centro, California.

13                    PEDRO S GAMBOA OCANA

14                    PEDRO GAMBOA-OCANA

15

16  Translated by: Frances T. Herring

17                  Interpreter   6/4/08

18

19

20

21

22

23

24

25

26

27

28

2

1 | JONATHAN DAVID FRANK
160 Thorn Street Suite 2
2 | San Diego, CA 92103
(858) 722-2100
3 | State Bar Number 89384

4 | Attorney for Material Witnesses

5

6

7

8 |                    UNITED STATES DISTRICT COURT

9 |                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )     Case No. 08CR0212JLS
                                     )     Mag. No. 08MJ8417
12 |        Plaintiff,                )
                                     )
13 | v.                              )     DECLARATION   OF   ARTURO
                                     )     ANDRADE-PEREZ IN SUPPORT
14 | BENNY LOPEZ,                     )     OF   MOTION   FOR   VIDEO
    JUAN JOSE AGUIRRE-CRUZ           )     DEPOSITION   OF   MATERIAL
15 |                                  )     WITNESSES
                                     )
16 |        Defendants.               )     DATE: JUNE 26, 2008
    _____   )     TIME: 1:30 P m.
17 |                                        DEPT: PORTER

18

19 |      I am a material witness in the above action.  I have personal

20 | knowledge of the facts set forth in this action and could testify

21 | competently thereto if called.

22 |      I have been in federal custody since May 12, 2008.  I have been

23 | held as a material witness in the above captioned case.  I am unable

24 | to locate an acceptable surety to post the Court bond and therefore

25 | I remain in custody as I cannot secure my release on bond.

26 |      Each day I spend in custody is a hardship for me and my family.

27 | I am the sole support for my wife and two children, ages 15 and 7.

28

1  I also help to support my parents and sister.  My father has

2  hypertension and high blood pressure.  I have been supporting my

3  family as a laborer in Mexico for about 23 years.  Each day that I

4  spend in custody is another day that I am unable to provide that

5  support.

6      I declare under the penalty of perjury under the laws of the

7  United States of America that the foregoing is true and correct of

8  my own personal knowledge except as to those matters stated to be

9  based upon information and belief and, as to those matters, I am

10  informed and believe that they are true and correct.  Executed this

11  June 4, 2008 in El Centro, California.

12  _Arturo Andrade_

13  ARTURO ANDRADE-PEREZ

14

15

16

17  Translated by: Frances T. Young

18  6/4/08

19

20

21

22

23

24

25

26

27

28

1  JONATHAN DAVID FRANK
   160 Thorn Street Suite 2
2  San Diego, CA 92103
   (858) 722-2100
3  State Bar Number 89384

4  Attorney for Material Witnesses

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    Case No. 08CR0212JLS
                                     )    Mag. No. 08MJ8417
12       Plaintiff,                  )
                                     )
13  v.                               )    DECLARATION OF FRANCISCO
                                     )    SORIA-OROZCO IN SUPPORT
14  BENNY LOPEZ,                     )    OF  MOTION  FOR  VIDEO
    JUAN JOSE AGUIRRE-CRUZ           )    DEPOSITION  OF  MATERIAL
15                                   )    WITNESSES
                                     )
16       Defendants.                 )    DATE: JUNE 26, 2008
    _____       TIME: 1:30 P.m.
17                                        DEPT: PORTER

18

19       I am a material witness in the above action.  I have personal

20  knowledge of the facts set forth in this action and could testify

21  competently thereto if called.

22       I have been in federal custody since May 12, 2008.  I have been

23  held as a material witness in the above captioned case.  I am unable

24  to locate an acceptable surety to post the Court bond and therefore

25  I remain in custody as I cannot secure my release on bond.

26  /////

27  /////

28

1 /////

2   Each day I spend in custody is a hardship for me and my family.

3 I am the sole means of support for my common law wife, who is

4 pregnant and expecting in September.   I also help to support my

5 parents.   I have been so supporting my family by working

6 construction in Mexico for the past 10 years.   Each day that I spend

7 in custody is another day that I am unable to provide that support.

8   I declare under the penalty of perjury under the laws of the

9 United States of America that the foregoing is true and correct of

10 my own personal knowledge except as to those matters stated to be

11 based upon information and belief and, as to those matters, I am

12 informed and believe that they are true and correct.   Executed this

13 June 4, 2008 in El Centro, California.

14   x Francisco Soria O

15   FRANCISCO SORIA-OROZCO

16

17 Translated by Frances T. Young

18 Interpreter

19 6/4/08

20

21

22

23

24

25

26

27

28

2