

1  KAREN P. HEWITT
   United States Attorney
2  PAUL L. STARITA
   Assistant U.S. Attorney
3  California State Bar No. 219573
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6507
   Facsimile: (619) 235-2757
6
   Attorneys for Plaintiff
7  United States of America

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )  Criminal Case No. 08CR0212-JLS
                                    )
11               Plaintiff,         )  STIPULATION AND JOINT MOTION
                                    )  FOR RELEASE OF MATERIAL
12         v.                       )  WITNESSES AND ORDER THEREON
                                    )
13 JUAN JOSE AGUIRRE-CRUZ (2),      )
                                    )
14               Defendant.         )
                                    )
15 ─────────────────────────────────

16         IT IS HEREBY STIPULATED AND AGREED between the Plaintiff, UNITED STATES

17 OF AMERICA, through its counsel, Karen P. Hewitt, United States Attorney, and Paul L. Starita,

18 Assistant U.S. Attorney, and Defendant JOSE LUIS QUINTERO-ARIAS, through his defense

19 counsel, Stephen D. Demik, Esq., Federal Defenders of San Diego, Inc., that:

20         1.      Pursuant to a Plea Agreement, Defendant agrees to plead guilty to Count 8 of the

21 Superseding Indictment in Criminal Case No. 08CR0212-JLS charging Defendant with

22 transportation of illegal aliens in violation of 8 U.S.C. § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

23         2.      There are three material witnesses in this case – (1) Victor Manuel Ayon-Lizarraga,

24 (2) Carlos Jodin Villegas-Hernandez, and (3) Ramon Silva-Reyes – whose testimony is material if

25 this case proceeded to trial. As discussed further, the parties stipulate that the two material witnesses

26 would testify to facts relevant to the charges and such testimony would be admissible at trial as

27 statements against interest of an unavailable witness under Fed. R. Evid. 804(b)(3), and Defendant

28

agrees to waive any confrontation clause challenge under <u>Crawford v. Washington</u>, 524 U.S. 36 (2004).

3. Material witness # 1, Victor Manuel Ayon-Lizarraga, in this case:

   a. Is an alien with no legal right to enter or remain in the United States;
   b. Is a Mexican citizen from Candelaria, Sinaloa, Mexico;
   c. Defendant guided him and the two other material witnesses into the United States from Mexico;
   d. Was to pay $2,800 to be smuggled to a destination within the United States, namely Los Angeles, California; and
   e. May be released to the United States Department of Homeland Security for return to his country of origin.

4. Material witness # 2, Carlos Jodin Villegas-Hernandez, in this case:

   a. Is an alien with no legal right to enter or remain in the United States;
   b. Is a Mexican citizen from Michoacan, Mexico;
   c. Defendant guided him and the two other material witnesses into the United States from Mexico;
   d. Was to pay $2,800 to be smuggled to a destination within the United States; and
   e. May be released to the United States Department of Homeland Security for return to his country of origin.

5. Material witness # 3, Ramon Silva-Reyes, in this case:

   a. Is an alien with no legal right to enter or remain in the United States;
   b. Is a Mexican citizen from Guanajuato, Mexico;
   c. Defendant guided him and the other material witness into the United States from Mexico;
   d. Was to pay $2,800 to be smuggled to a destination within the United States, namely Los Angeles, California; and

      f.      May be released to the United States Department of Homeland Security for return to his country of origin.

After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if the Defendant withdraws his guilty plea before the plea is accepted by the District Court, the Defendant agrees that, in any proceeding including, but not limited to, motions hearings, trial, sentencing, appeal, or collateral attack, that:

      a.      The stipulated facts set forth above shall be admitted as substantive evidence;

      b.      The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witnesses provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of an unavailable witness; and

      c.      Understanding that, under <u>Crawford v. Washington</u>, 524 U.S. 36 (2004), testimonial hearsay statements are not admissible against a defendant unless the defendant confronted and cross examined the witness who made the testimonial hearsay statements, Defendant waives the right to confront and cross examine the material witnesses in this case.

Based on the foregoing, the parties jointly move the stipulation into evidence and move for the immediate release of the above-named material witnesses for return to their respective country of origin.

//
//
//
//
//
//
//

```
 1        It is so STIPULATED AND AGREED.
 2                                                  Respectfully submitted,
 3                                                  KAREN P. HEWITT
                                                    United States Attorney
 4
 5    Dated: 6/19/08
 6                                                  PAUL L. STARNA
                                                    Assistant U.S. Attorney
 7
 8    Dated: 6/19/08
 9                                                  STEPHEN D. DEMIK
                                                    Federal Defenders of San Diego, Inc.
10                                                  Defense Counsel
11
12    Dated: 6/19/08
                                                    JUAN JOSE AGUIRRE-CRUZ
13                                                  Defendant
```

Case No. 08CR0212-JLS
Stipulation and Joint Motion For Release of
Material Witnesses and Order Thereon.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUAN JOSE AGUIRRE-CRUZ (2),<br><br>　　　　Defendant. | Criminal Case No. 08CR0212-JLS<br><br>ORDER ADMITTING STIPULATION INTO EVIDENCE AND RELEASE OF MATERIAL WITNESSES |

Upon the Stipulation and Joint Motion of the parties and for good cause shown,

THE STIPULATION is admitted into evidence, and,

IT IS ORDERED that the material witnesses be released and remanded to the United States Department of Homeland Security for return to their respective country of origin.

SO ORDERED.

Dated: 6-19-08

United States Magistrate Judge