UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff<br><br>vs.<br><br>Benny Lopez, et al.<br><br>   Defendant(s) | CRIMINAL NO. 08CR212-JLS<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 06920298 |

On order of the United States District/Magistrate Judge,     **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

Arturo Andrade-Perez
Arrgn. 5-20-08

DATED: 6-19-08

RECEIVED _____ DUSM

**NITA L. STORMES**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk

**G. PERRAULT**