UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                 )<br>        Plaintiff       )<br>                 )<br>                 )<br>   vs.            )<br>                 )<br> Benny Lopez, et al.   )<br>                 )<br>                 )<br>        Defendant(s)    )<br>_____ ) | CRIMINAL NO. 08CR212-JLS<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 06920298 |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

Marcos Hernandez-Quiroz
Avgn. 5-20-08

DATED: 6-19-08

                                      NITA L. STORMES
                                  _____
                                  UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                        OR
             DUSM

                                  W. SAMUEL HAMRICK, JR.  Clerk
                                        by
                                             Deputy Clerk

                                         G. PERRAULT