# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Benny Lopez, et al. ) <br> Defendant(s) ) | CRIMINAL NO. 08CR212-JLS <br><br> ORDER <br> RELEASING MATERIAL WITNESS <br><br> Booking No. 06920298 |

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:  (Bond Posted / Case Disposed / (Order of Court).

Francisco Soria-Orozco
Arrgn. 5-20-08

DATED: 6-19-08

NITA L. STORMES
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _____ / DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by _____
Deputy Clerk

G. PERRAULT

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082