UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>Benny Lopez, et al. )<br>)<br>)<br>Defendant(s) )<br>) | CRIMINAL NO. 08CR212-JLS<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 06920298 |

On order of the United States District/Magistrate Judge, __NITA L. STORMES__

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

Victor Manuel Ayon-Lizarraga
Arrgn. 1-16-08

DATED: 6-19-08

RECEIVED _____ /s/ _____
            DUSM

NITA L. STORMES
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by  /s/ J. Perrault
           Deputy Clerk
G. PERRAULT

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082