```
                                              FILED

                                        08 JUN 20 AM 10: 45

                                        CLERK, U.S. DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA

                                        BY:        CP         DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>    Plaintiff,              )<br>                             )<br>v.                           )<br>                             )<br>BENNY LOPEZ,                 )<br>JUAN JOSE AGUIRRE-CRUZ,      )<br>                             )<br>    Defendant.               )<br>_____) | Case No. 08CR0212JLS<br>Mag. No. 08MJ8417<br><br>ORDER SHORTENING TIME FOR HEARING AND SERVICE OF MOTION FOR VIDEO DEPOSITION OF MATERIAL WITNESSES<br>DATE: June 26, 2008<br>TIME: 2:30 P. M.<br>DEPT: Porter |

GOOD CAUSE appearing, IT IS HEREBY ORDERED:

That the period of time in which the Motion for Video Deposition of Material Witnesses prepared by JONATHAN DAVID FRANK on behalf of his clients must be filed in the instant matter is hereby shortened to permit filing and service of same forthwith. Any opposition to the motion may be presented at any time prior to the hearing of the motion or at the hearing of the motion.

DATED: _[signature]_  6/18/08

_____

JUDGE / MAGISTRATE JUDGE, U.S. DISTRICT COURT